UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07CV6860

---

MARIE LEWIS AND GEORGE LEWIS, HER HUSBAND

, Plaintiff(s)

- against -

MERCK & CO., INC

, Defendant(s)

---

State of New York        )
                         )   SS.:
County of New York       )

### AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 09/05/2007 at 12:10 PM at:
    MERCK & CO . INC c/o CT CORPORATION SYSTEM
    111 EIGHTH AVENUE,
    NEW YORK NY 10011
Deponent served the:

SUMMONS IN A CIVIL ACTION
COMPLIANT AND DEMAND FOR JURY TRIAL

on  MERCK & CO . INC c/o CT CORPORATION SYSTEM

a domestic and/or foreign corporation
by delivering thereat true copies to Sabrina Ambrose
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Process specialist and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 34   HEIGHT: 5'4''    WEIGHT: 140    HAIR: BLACK    RACE: BLACK    SEX: FEMALE

SWORN TO BEFORE ME 9-7-07

*Johnysha Santana*
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011

*Yariela Gonzales*          License #1260359

OUR DOC# 19340
Ciani Investigations
3455 N.E. 12th Terrace
Suite 1
Oakland Park FL 33334
954-561-0143
2007000672

RECEIVED
SEP 13 2007
K.C.M. ET AL

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

MARIE LEWIS and GEORGE LEWIS, her husband

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MERCK & CO., INC.

**07 CV 6860**

TO: (Name and address of defendant)

MERCK & CO., INC.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JACQUELYN S. HOLDEN
KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK,
  LIBERMAN & McKEE
700 SE Third Avenue, Suite 100
Ft. Lauderdale, FL 33316-1186

an answer to the complaint which is herewith served upon you, within ____20 days____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 3 1 2007

CLERK

DATE

(BY) DEPUTY CLERK