# UNITED STATES DISTRICT COURT

_____SOUTHERN_____  DISTRICT OF  _____NEW YORK_____

**APPEARANCE**

Marie Lewis and George Lewis,
   her husband,

     Plaintiffs,

v.

Merck & Co., Inc.,

     Defendant.

MASTER FILE: 1:06-MD-1789-JFK

Case No.: 1:07-cv-6860

To the clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

> Plaintiffs, Marie Lewis and George Lewis, her husband

    I certify that I am admitted to practice in this court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 1**8** day of December, 2007, using the Court's CM/ECF system, which will notify all counsel of record.

Meghan M. Tans, Florida Bar No. 0888745
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone    (850) 435-7004 fax